# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| Linda N. Carr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-532 |
| | ) | |
| vs. | ) | |
| | ) | |
| W. R. Starkey Mortgage, LLP, etal. | ) | |
| Defendants | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2015 Order.

May 19, 2015

*Frank S. Johns*